UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE WILLIAMS, | No. C 09-1925 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

This action is dismissed without prejudice to him filing a new action if he ever obtains permission to do so from the United States Court of Appeals For the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 29, 2009

SUSAN ILLSTON
United States District Judge